FEBRUARY 10, 1987

No. A–565 (86–6300).   JOHNSON *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.   THE CHIEF JUS-

1072

TICE, JUSTICE WHITE, JUSTICE O'CONNOR, and JUSTICE SCALIA would deny the application.